UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v. )<br>)<br>(3) ANTRELL NACHEF WALKER, )<br>a/k/a "Buju" ) | DOCKET NO.: 3:20 CR 107 - MOC<br><br>**FACTUAL BASIS** |

NOW COMES the United States of America, by and through R. Andrew Murray, United States Attorney for the Western District of North Carolina, and hereby files this Factual Basis in support of the plea agreement filed simultaneously in this matter.

This Factual Basis is filed pursuant to Local Criminal Rule 11.2 and does not attempt to set forth all of the facts known to the United States at this time. By their signatures below, the parties expressly agree that there is a factual basis for the guilty plea(s) that the defendant will tender pursuant to the plea agreement, and that the facts set forth in this Factual Basis are sufficient to establish all of the elements of the crime(s). The parties agree not to object to or otherwise contradict the facts set forth in this Factual Basis.

Upon acceptance of the plea, the United States will submit to the Probation Office a "Statement of Relevant Conduct" pursuant to Local Criminal Rule 32.4. The defendant may submit (but is not required to submit) a response to the Government's "Statement of Relevant Conduct" within seven days of its submission. The parties understand and agree that this Factual Basis does not necessarily represent all conduct relevant to sentencing. The parties agree that they have the right to object to facts set forth in the presentence report that are not contained in this Factual Basis. Either party may present to the Court additional relevant facts that do not contradict facts set forth in this Factual Basis.

1. Beginning no later than January 1, 2018, and continuing through March 18, 2020, in Mecklenburg County, within the Western District of North Carolina, and elsewhere, ANTRELL NACHEF WALKER, A/K/A "BUJU. (ANTRELL WALKER) knowingly conspired and agreed with Tyquis Syjuan Jenkins, a/k/a "Snow," a/k/a "Yellin_Snow (Tyquis Jenkins) and Twyjuan Demetric Jenkins, a/k/a "P90bobby (Twyjuan Jenkins) to commit aggravated identity theft and illegally acquire and possess firearms and ammunition in violation of Title 18, United States Code, Sections 922(a)(6), 922(g)(1), and 1028A.

2. ANTRELL WALKER and his co-conspirators, without lawful authority, used the personal identifying information of actual persons ("victims") to create identification cards in the victims' names, but with the co-conspirators' photographs. ANTRELL WALKER and his

co-conspirators then used these counterfeit identification cards and stolen identities to acquire and pay for firearms and ammunition at shooting ranges.

3. ANTRELL WALKER knew that he, Tyquis Jenkins, and Twyjuan Jenkins had each been convicted of at least one crime punishable by a term of imprisonment exceeding one year and were prohibited from possessing a firearm or ammunition. On or about February 7, 2017, ANTRELL WALKER was convicted in Mecklenburg County, North Carolina of the felony offense of Conspiracy to Commit Larceny of a Motor Vehicle under North Carolina law and sentenced to six to 17 months imprisonment, which sentence was suspended contingent upon his completion of 36 months' probation.

4. TWYJUAN JENKINS and his conspirators went to shooting ranges in Mecklenburg County where they would acquire guns and purchase ammunition to fire at targets in the ranges.

   a. On or about February 2, 2020, ANTRELL WALKER, Twyjuan Jenkins and Tyquis Jenkins acquired, possessed and fired the following firearms at Point Blank Range (Point Blank), in Matthews, North Carolina:

      i. A Springfield Armory, Model PX9151L, .45 ACP caliber, Pistol, Serial Number M628431 (the "Springfield Pistol"),

      ii. A Remington, Model 870 Tactical, 12 gauge, shotgun, Serial Number CC31963B (the "Remington Shotgun"), and

      iii. An Angstadt Arms, L.L.C., Model AA-0940, multi-caliber rifle, Serial Number AA0902226 (the "Angstadt Rifle").

   b. On or about February 9, 2020, ANTRELL WALKER and Tyquis Jenkins acquired, possessed, and fired a Daniel Defense Model: DDM4 Rifle, 5.56 caliber, serial number DDM4207220, with 32 round magazine and Aimpoint Optic (the "DDM4 Rifle") at Blackstone Shooting Sports (Blackstone) in Charlotte, North Carolina. The DDM4 Rifle is a semiautomatic firearm and a 32 round magazine is a large capacity magazine.

   c. Point Blank and Blackstone are licensed dealers of firearms and ammunition within the meaning of Title 18, United States Code, Chapter 44.

   d. In order to rent a gun and purchase ammunition, Point Blank and Blackstone required that ANTRELL WALKER and his conspirators sign liability waivers in which they certified they were not prohibited from possessing a firearm or ammunition.

2

e.  Knowing that he was a convicted felon prohibited from possessing firearms and ammunition, ANTRELL WALKER nevertheless signed Blackstone's waiver using a false or stolen identity of A.J. Tyquis Jenkins also signed a waiver at Point Blank using a different stolen identity.

f.  The Springfield Pistol, Remington Shotgun, DDM4 Rifle, and ammunition were manufactured outside the State of North Carolina and transported in interstate commerce into the State of North Carolina.

g.  ANTRELL WALKER, Twyjuan Jenkins and Tyquis Jenkins took turns shooting and posing for photographs and videos with the Springfield Pistol, Remington Shotgun, and Angstadt Rifle, at Point Blank, which photographs and videos they then posted to social media accounts. ANTRELL WALKER and Tyquis Jenkins took turns shooting and posing for photographs and videos with the DDM4 Rifle at Blackstone, which photographs and videos they then posted to social media accounts.

## OVERT ACTS

5.  In furtherance of the conspiracy and to affect the objects thereof, ANTRELL WALKER and his conspirators committed at least one of the following overt acts in the Western District of North Carolina:

a.  Between on or about February 23, 2018 and March 22, 2018, ANTRELL WALKER used stolen identities to obtain money, goods, and services with cloned payment cards and fictitious identification. A payment card is "cloned" by encoding the magnetic strip of a card with the account number and expiration date of a stolen credit card. The conspirators would put their own names, fictitious names, and the names of identity theft victims on the cloned payments cards.

b.  On a date no later than July 25, 2018, ANTRELL WALKER recruited Person No. 1 on social media to join his collusive bank customer scheme. ANTRELL WALKER introduced Person No. 1 to Tyquis Jenkins. Person No. 1 voluntarily provided ANTRELL WALKER and Tyquis Jenkins with her Bank of America (BofA) debit card and online banking information. On or about July 27 and 28, 2018, Tyquis Jenkins deposited fraudulent checks into Person No. 1's BofA account and then took cash withdrawals from the account via BofA automatic teller machines in Charlotte, North Carolina.

c.  On or about February 2, 2020, Twyjuan Jenkins knowingly used J.K.'s stolen PII on waivers he signed at Point Blank Range (Point Blank), a licensed FFL, in Matthews, North Carolina. J.K. is an actual person who did not consent to this use of his PII. Twyjuan Jenkins gave Point Blank J.K.'s stolen PII in order to deceive Point Blank employees as to his true identity because as a convicted felon he was not permitted to acquire, possess, and use firearms and ammunitions.

3

d.  On or about February 9, 2020, ANTRELL WALKER knowingly used A.J.'s stolen identity and Tyquis Jenkins knowingly used J.K.'s stolen PII on waivers they signed at Blackstone to obtain and use the DDM4 rifle and ammunition. A.J. and J.K. are actual persons who did not consent to this use of their PII. ANTRELL WALKER and Tyquis Jenkins gave stolen identities to Blackstone in order to deceive Blackstone employees as to their true identities because as convicted felons they were not permitted to acquire, possess, and use firearms and ammunition.

R. ANDREW MURRAY
UNITED STATES ATTORNEY

_____   7/10/2020
Michael E. Savage
Assistant United States Attorney

### Defendant's Counsel's Signature and Acknowledgment

I have read this Factual Basis, the Bill of Indictment, and the plea agreement in this case, and have discussed them with the defendant. Based on those discussions, I am satisfied that the defendant understands the Factual Basis, the Bill of Indictment, and the plea agreement. I hereby certify that the defendant does not dispute this Factual Basis.

_____   DATED: 7-10-2020
Miranda Mills, Attorney for the Defendant