UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:20-cr-00107-MOC-DCK-3

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| vs. | ) | |
| | ) | **ORDER** |
| **ANTREL NACHEF WALKER,** | ) | |
| Defendant. | ) | |

**THIS MATTER** is before the Court on Defendant's Motion for Compassionate Release/Reduction of Sentence. (Doc. No. 57). Because Defendant remains in a county jail, he has no way to exhaust his administrative remedies with the Bureau of Prisons.

**ORDER**

**IT IS, THEREFORE, ORDERED** that within 20 days the Government shall file a response to Defendant's motion.

Signed: March 2, 2021

Max O. Cogburn Jr.
United States District Judge